UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Edward Erickson, on behalf of himself and all others similarly situated,

Plaintiff,

v.

OSI Collection Services, Inc.,

Defendant.

Court File No. CV 00-1487 PAM/JGL

**STIPULATION AND ORDER OF DISMISSAL OF CLASS ALLEGATIONS WITHOUT PREJUDICE AND DISMISSAL OF INDIVIDUAL CLAIMS WITH PREJUDICE**

---

The Plaintiff filed this putative class action alleging that Defendant violated the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 et seq. After such filing, it now appears that this case is not appropriate to proceed as a class action under Rule 23, and the parties have agreed to the terms of an individual settlement of this matter.

Pursuant to Rule 23(e) of the Federal Rule of Civil Procedure, the parties hereby stipulate to the dismissal without prejudice of the class action allegations without notice to the putative class.

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses with prejudice all claims asserted or that could have been asserted in the Complaint. Each party shall bear her or its respective attorneys' fees and costs.

SO ORDERED, this _____ day of February, 2000.

Dated: 8/3/00

Thomas J. Lyons, Jr., #249646
CONSUMER JUSTICE CENTER, P.A.
1560 Beam Avenue, Suite A
Maplewood, Minnesota 55109
Telephone: (612) 770-9707

**Attorneys for Plaintiff**

FILED AUG 15 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD AUG 15 2000
DEPUTY CLERK

Dated: Aug. 7, 2000

James F. Roegge (#92678)
Alana K. Bassin (#266589)
MEAGHER & GEER, P.L.L.P.
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, Minnesota 55402
Telephone: (612) 338-0661

**Attorneys for Defendants**

**ORDER FOR DISMISSAL**

Based upon the foregoing Stipulation of Dismissal with Prejudice entered into by the parties, and upon all of the files, records and proceedings herein,

IT IS HEREBY ORDERED: That the above-entitled action is hereby dismissed with prejudice and on the merits, without cost to any of the parties hereto.

LET JUDGMENT BE ENTERED ACCORDINGLY.

BY THE COURT:

Dated: August 14, 2000

The Honorable Paul A. Magnuson
Judge of District Court

/819776